UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
SECOND DIVISION

---

Ernest David Branch, trustee for the heirs and next of kin of Terry Dale Branch, deceased,

Plaintiff,

vs.

American Family Insurance Company, a Wisconsin Corporation,

Defendant.

Court File No: 01-CV-723 JMR/FLM

STIPULATION FOR DISMISSAL WITH PREJUDICE

---

The above entitled action having been fully compromised and settled, IT IS HEREBY STIPULATED by and between the parties thereto, through their respective undersigned attorneys, that the same may be and it hereby is dismissed on its merits and with prejudice but without costs or disbursements to any of the parties.

IT IS FURTHER STIPULATED, that without further notice the clerk of the above court may enter a judgment of dismissal with prejudice and upon the merits, and without costs or disbursements to any of the parties.

STONEKING LAW OFFICE

Dated: 12-13-01

Gary Stoneking
Attorneys for Plaintiff
3605 France Avenue North
Robbinsdale, MN 55422-2337
Telephone: (763) 302-9792

Dated: 11-15-01

Paul R. Aamodt
Attorney for Defendant
2829 South University Drive
P.O. Box 966
Fargo, North Dakota 58107
Telephone: (701) 280-1100

RICHARD D. SLETTEN, CLERK
DEC 19 2001
JUDGEMENT ENTERED DEC 19 2001
DEPUTY CLERK'S INITIALS ______

ORDER FOR JUDGMENT

IT IS HEREBY ORDERED that judgment be entered in accordance with the foregoing stipulation.

Dated this 18th day of December, 2001.

~~FRANKLIN L. NOEL~~
~~Magistrate Judge~~
JAMES M. ROSENBAUM, CHIEF U.S.
District Judge

JUDGMENT

Pursuant to stipulation of counsel and the foregoing Order of the Court,

IT IS ORDERED AND ADJUDGED that the above entitled action be and the same hereby is dismissed with prejudice upon on the merits and without costs and disbursements to either party.

WITNESS THE HONORABLE FRANKLIN L. NOEL, one of the judges of this Court, at ________________, Minnesota, this ______ day of ________________, 2001.

BY THE COURT:

____________________________
Clerk of U.S. District Court